**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No.: 05-cv-02042-RPM

LOVEY L. MOHNSSEN and C. RICHARD RUDIBAUGH,
as co-personal representatives of the estate of RICK E. MOHNSSON,
a/k/a RICK EDWARD MOHNSSON, deceased;

LOVEY L. MOHNSSEN as surviving spouse and heir at law
of RICK E. MOHNSSEN, a/k/a RICK EDWARD MOHNSSEN,
deceased;

SAMANTHA MOHNSSON, as surviving minor child and heir at law
of RICK E. MOHNSSEN, a/k/a RICK EDWARD MOHNSSEN,
deceased; and

ERIC MATHIAS, as surviving adult son and heir at law of
RICK E. MOHNSSEN, a/k/a RICK EDWARD MOHNSSEN,
deceased,

    Plaintiffs,

v.

GARMIN INTERNATIONAL, INC., a corporation and
AUTOPILOTS CENTRAL, INC. a corporation, and the
UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
AN AMENDED COMPLAINT AND TO ADD A PARTY DEFENDANT**

---

    THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Leave to

File an Amended Complaint and to Add a Party Defendant.

    The Court finds that the motion is well taken and should be GRANTED.

WHEREFORE, IT IS ORDERED, that Plaintiffs are granted leave to file an Amended Complaint adding the United States of America as a party defendant.  Plaintiffs' Amended Complaint, submitted July 19, 2006, is accepted for filing as of the date of this Order.

IT IS FURTHER ORDERED that Plaintiffs shall promptly serve the Amended Complaint on the additional party defendant as provided in Fed.R.Civ.P. Rule 4.

SO ORDERED this 20th day of July, 2006.

BY THE COURT:

s/Richard P. Matsch

_____

Judge Richard P. Matsch

Civil Action No. 05-cv-02042-RPM